AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**LISA JEANINE FINDLEY**<br>a/k/a LISA HOLDEN<br>a/k/a LISA HOWELL<br>a/k/a GREGORY NAUSSANY<br>a/k/a KURT NAUSSANY<br>a/k/a LISA JEANINE SULLINS<br>a/k/a CAROLYN WILLIAMS<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.  2:24-cr-20145-JTF-tmp<br><br>    **FILED UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between the date(s) of _____07/2023 through 08/2024_____ in the county of _____**Shelby**_____ in the

___**Western**___ District of ___**Tennessee**___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**Christopher Townsend-SA FBI**
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____08/15/2024_____

    s/ Tu M. Pham
    *Judge's signature*

City and state: _____Memphis, TN_____

    Hon. Tu M. Pham, Chief U.S. Magistrate Jude
    *Printed name and title*