# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**LISA JEANINE FINDLEY,**
a/k/a **LISA HOLDEN,**
a/k/a **LISA HOWELL,**
a/k/a **GREGORY NAUSSANY,**
a/k/a **KURT NAUSSANY,**
a/k/a **LISA JEANINE SULLINS,**
a/k/a **CAROLYN WILLIAMS,**

CR. NO.: 2:24-cr-20145-JTF-tmp

18 U.S.C. § 1028A
18 U.S.C. § 1341

## ORDER MOTION TO SEAL COMPLAINT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendants is hereby ordered sealed until the arrest of the defendant.

THIS, the 15th day of August, 2024.

s/ Tu M. Pham
**HONORABLE TU M. PHAM**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

4