# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>LISA JEANINE FINDLEY<br>*Defendant* | )<br>)<br>)   Case No.  2:24-cr-20145-JTF-tmp<br>)   **FILED UNDER SEAL**<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Lisa Jeanine Findley**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1341 pertaining to Mail Fraud
18 U.S.C. 1028A pertaining to Aggravated Identity Theft


Date: 08/15/2024                                       s/ Tu M. Pham
                                                       *Issuing officer's signature*
                                                       Chief US Magistrate Judge
City and state:  MEMPHIS, TENNESSEE      WENDY R. OLIVER, CLERK, U.S. DISTRICT COURT
                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____         _____<br>                                                   *Arresting officer's signature*<br><br>                                                   _____<br>                                                   *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **LISA JEANINE FINDLEY**

Known aliases: LISA HOLDEN; LISA HOWELL; GREGORY NAUSSANY; KURT NAUSSANY; LISA JEANINE SULLINS; and CAROLYN WILLIAMS

Last known residence: Kimberling City, Missouri

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: California

Date of birth: 04/20/1971

Social Security number: 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

Height: 5'06"     Weight: 236

Sex: F     Race: W

Hair: Blonde or Strawberry     Eyes: Blue

Scars, tattoos, other distinguishing marks: SC Abdom; SC Chest; SC L Knee; SC R Knee Tat Back; SC R Knee; SC L Kne

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 223793PA2

Complete description of auto:

Investigative agency and address: Christopher Townsend-FBI
Jan Bodón-USPIS

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Print     Save As...     Reset