# U.S. District Court
# Western District of Missouri (Springfield)
# CRIMINAL DOCKET FOR CASE #: 6:24-mj-02063-DPR-1

Case title: USA v. Findley

Date Filed: 08/16/2024

Assigned to: Magistrate Judge David P. Rush

**Defendant (1)**
**Lisa Jeanine Findley**

represented by **Ian A. Lewis**
Federal Public Defender's Office - Springfield
901 St. Louis Street
Suite 801
Springfield, MO 65806
(417) 873-9022
Fax: (417) 873-9038
Email: ian_lewis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
18:3583.F

**Disposition**

**Plaintiff**

USA            represented by **Randall D. Eggert**
U. S. Attorney's Office
901 St. Louis Street
Suite 500
Springfield, MO 65806
417/831-4406
Fax: 417/831-0078
Email: Randy.Eggert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2024 | 1 | RULE 5 Charging Documents as to Lisa Jeanine Findley (1). (Berziel, Karla) (Entered: 08/16/2024) |
| 08/16/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge David P. Rush: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Lisa Jeanine Findley held on 8/16/2024. Time in court: 1:00 p.m. to 1:07 p.m. To order a transcript of this hearing please contact Karla Berziel, 417-865-3869. DEFENDANT IN CUSTODY. (Berziel, Karla) (Entered: 08/16/2024) |
| 08/16/2024 | 3 | WAIVER of Rule 5(c)(3) Hearings by Lisa Jeanine Findley. (Berziel, Karla) (Entered: 08/16/2024) |
| 08/16/2024 | 4 | ORAL PRO SE MOTION to appoint counsel by Lisa Jeanine Findley. (Berziel, Karla) (Entered: 08/16/2024) |
| 08/16/2024 | 5 | ORDER granting 4 pro se motion to appoint counsel. Ian A. Lewis, Assistant Federal Public Defender, for Lisa Jeanine Findley appointed. (Berziel, Karla) (Entered: 08/16/2024) |
| 08/16/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Lisa Jeanine Findley. Defendant committed to Western District of Tennessee. (Berziel, Karla) (Entered: 08/16/2024) |
| 08/16/2024 | 7 | Notice to Western District of Tennessee of a Rule 5 Transfer as to Lisa Jeanine Findley. Your case number is: 24-cr-2014-JTF-tmp. If you require certified copies of any documents, please send a request to spfdgen@mow.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # 1 Appendix) (Berziel, Karla) (Entered: 08/16/2024) |

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>LISA JEANINE FINDLEY<br>*Defendant* | )<br>)<br>)  Case No.  2:24-cr-20145-JTF-tmp<br>)  **FILED UNDER SEAL**<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Lisa Jeanine Findley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☒ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1341 pertaining to Mail Fraud
18 U.S.C. 1028A pertaining to Aggravated Identity Theft

Date: 08/15/2024

*Issuing officer's signature*

City and state:  MEMPHIS, TENNESSEE    Chief U.S. Magistrate Judge
WENDY R. OLIVER, CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____    _____
*Arresting officer's signature*

_____
*Printed name and title*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: August 16, 2024 |
| vs. | Case No.: 24-mj-2063-DPR |
| LISA JEANINE FINDLEY | |

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Rule 5(c)(3) Out – Initial Appearance

Time Commenced: 1:00 p.m.          Time Terminated: 1:07 p.m.

### APPEARANCES

Plaintiff: Randy Eggert, AUSA
Defendant: Megan Chalifoux, FPD
USPPTS: Joel Sakuda

Proceedings: Parties appear as indicated above. Defendant appears in person.

FPD's appointed for this district only. Government moves for detention. Defendant advised of rights and questioned as to completion of the waiver of Rule 40 hearings. Defendant waives the right to an identity hearing and a detention hearing in this district. Defendant reserves the right to a preliminary and detention hearing in the charging district. Defendant ordered removed to the Western District of Tennessee.

Defendant in custody.

Courtroom Deputy/ERO: Karla Berziel

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-mj-2063DPR |
| | ) | |
| LISA JEANINE FINDLEY | ) | Charging District's Case No. 24-cr-20145-JTF-tmp |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Tennessee

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/16/2024

*Lisa Holder* (signature)
*Defendant's signature*

*Megan Chalifoux* (signature)
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Criminal Action |
| LISA JEANINE FINDLEY, | ) | No. 24-mj-2063DPR |
| Defendant. | ) | |

### ORDER APPOINTING COUNSEL

The above-named defendant having appeared before the United States Magistrate Judge on the 16th day of August, 2024, the United States Magistrate Judge finds that defendant not having waived counsel, it is

ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge in this district.

                                                        /s/ David P. Rush
                                                        DAVID P. RUSH
                                                        United States Magistrate Judge

Date:   August 16, 2024

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LISA JEANINE FINDLEY<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-mj-2063DPR<br><br>Charging District's<br>24-cr-20145-<br>Case No. JTF-tmp |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Tennessee___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**: The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 8/16/2024

/s/ David P. Rush
*Judge's signature*

David P. Rush United States Magistrate
*Printed name and title*