# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr. No. 24-CR-20145-JTF |
| vs. | ) FILED UNDER SEAL |
| | ) |
| LISA JEANINE FINDLEY, | ) |
| a/k/a LISA HOLDEN | ) |
| a/k/a LISA HOWELL | ) |
| a/k/a GREGORY NAUSSANY | ) |
| a/k/a KURT NAUSSANY | ) |
| a/k/a LISA JEANINE SULLINS | ) |
| a/k/a CAROLYN WILLIAMS | ) |
| | ) |
| Defendant. | ) |

## MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT

Comes now the United States of America, by and through Kevin G. Ritz, United States Attorney, and Carroll L. Andre III, Assistant United States Attorney for the Western District of Tennessee, and for good cause shown, moves this Honorable Court to unseal Complaint and Arrest Warrant in this case and docket the entry.

As grounds, the Government states that at the time the Complaint was filed an Order was entered sealing the Complaint and Warrant until the arrest of the defendant. The defendant was arrested this date in the Western District of Missouri. Therefore, the government moves the Court to unseal the Complaint and Arrest Warrant in this case

Respectfully submitted,

KEVIN G. RITZ
UNITED STATES ATTORNEY

By: s/ Carroll L. Andre
Carroll L. Andre
Assistant United States Attorney
167 N. Main, Room 800
Memphis, Tennessee 38103
901 - 544-4231

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system this 16th day of August, 2024.

                                      s/ Carroll L. Andre III
                                      Carroll L. Andre III