# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Cr. No.  24-CR-20145-JTF |
| vs. ) | FILED UNDER SEAL |
| ) | |
| LISA JEANINE FINDLEY, ) | |
| a/k/a LISA HOLDEN ) | |
| a/k/a LISA HOWELL ) | |
| a/k/a GREGORY NAUSSANY ) | |
| a/k/a KURT NAUSSANY ) | |
| a/k/a LISA JEANINE SULLINS ) | |
| a/k/a CAROLYN WILLIAMS ) | |
| ) | |
| **Defendant.** ) | |

## ORDER ON MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT

Upon motion of the United States of America, it is hereby ordered that the Complaint and Arrest Warrant of the defendant in the instant case is hereby unsealed.

*s/John T. Fowlkes, Jr.*
John T. Fowlkes, Jr.
United States District Court Judge