# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cr. No. 24-CR-20145-JTF |
| vs. | ) |
| | ) |
| LISA JEANINE FINDLEY, | ) |
| a/k/a LISA HOLDEN | ) |
| a/k/a LISA HOWELL | ) |
| a/k/a GREGORY NAUSSANY | ) |
| a/k/a KURT NAUSSANY | ) |
| a/k/a LISA JEANINE SULLINS | ) |
| a/k/a CAROLYN WILLIAMS | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, to file this notice on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This August 23, 2024.

                                                Respectfully submitted,

                                                GLENN S. LEON
                                                Chief
                                                United States Department of Justice
                                                Criminal Division, Fraud Section

                                                *s/ Cory E. Jacobs*
                                                Cory E. Jacobs
                                                Assistant Chief
                                                United States Department of Justice
                                                Criminal Division, Fraud Section
                                                1400 New York Avenue, N.W.
                                                Washington, D.C. 20005

CERTIFICATE OF SERVICE

I, Cory E. Jacobs, Assistant Chief for the United States Department of Justice, Criminal Division, Fraud Section, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

This August 23, 2024.

s/ Cory E. Jacobs
Cory E. Jacobs
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005