IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cr. No. 24-CR-20145-JTF |
| vs. ) | |
| ) | |
| LISA JEANINE FINDLEY, ) | |
| a/k/a LISA HOLDEN ) | |
| a/k/a LISA HOWELL ) | |
| a/k/a GREGORY NAUSSANY ) | |
| a/k/a KURT NAUSSANY ) | |
| a/k/a LISA JEANINE SULLINS ) | |
| a/k/a CAROLYN WILLIAMS ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, to file this notice on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This August 28, 2024.

                                      Respectfully submitted,

                                      GLENN S. LEON
                                      CHIEF
                                      FRAUD SECTION, CRIMINAL DIVISION
                                      U.S. DEPARTMENT OF JUSTICE

                                      s/ Christopher Fenton
                                      Christopher Fenton
                                      Trial Attorney
                                      Fraud Section, Criminal Division
                                      U.S. Department of Justice
                                      1400 New York Avenue, N.W.
                                      Washington, D.C. 20530

CERTIFICATE OF SERVICE

    I, Christopher Fenton, Trial Attorney for the United States Department of Justice, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

    This <u>August 28, 2024</u>.

    <u>s/ Christopher Fenton</u>
Christopher Fenton
Trial Attorney