IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Cr. No. 24-20145-JTF

LISA J. FINDLEY,

    Defendant.

## MOTION TO CONTINUE REPORT DATE

Comes now the defendant, Lisa Findley, by and through appointed counsel, Tyrone J. Paylor, and moves this honorable Court to continue the probable cause and detention hearing scheduled for September 6, 2024, at 10:30 a.m. to September 13, 2024.  Counsel needs additional time to prepare the matter.  The Assistant United States Attorney assigned this matter has been consulted and has no objection to this motion.

    Respectfully submitted,

                                        DORIS RANDLE-HOLT
                                        FEDERAL DEFENDER

                                        s/ Tyrone J. Paylor
                                        First Assistant Federal Public Defender
                                        200 Jefferson, Suite 200
                                        Memphis, TN 38103
                                        (901) 544-3895

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was forwarded via the Court's electronic filing system to the Assistant United States Attorney assigned this matter.

2

This 5th day of September 2024.

s/ Tyrone J. Paylor<br>
First Assistant Federal Defender