IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.   No. 2:24-cr-20145-JTF

LISA J. FINDLEY,

      Defendant.

## ORDER ON MOTION TO CONTINUE

For good cause shown, the Court hereby **GRANTS** the Defendant's Request to Continue the Probable Cause and Detention hearings set for September 6, 2024 at 10:30 a.m. The Probable Cause and Detention Hearing is hereby reset for September 13, 2024 at 2:00 PM in Courtroom 5 before Magistrate Judge Annie T. Christoff.

**IT IS SO ORDERED.**

This, the 5th day of September, 2024.

    s/Charmiane G. Claxton
    **HONORABLE CHARMIANE G. CLAXTON**
    **UNITED STATES MAGISTRATE JUDGE**