IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                       No. 2:24-cr-20145-JTF

LISA J. FINDLEY,

        Defendant.

---

ORDER ON MOTION TO STRIKE REQUEST FOR BOND

---

For good cause shown, the Court hereby **GRANTS** the Defendant's Request to strike her request for bond.

**IT IS SO ORDERED.**

This, the 23rd day of January 2025.

                                          s/ Tu M. Pham
                                          _____
                                          **HONORABLE TU M. PHAM**
                                          **UNITED STATES CHIEF MAGISTRATE JUDGE**